5531.

## LOUISIANA LUMBER & SHINGLE COMPANY vs. E. C. ROEHL & COMPANY.

Where the lower Court has dismissed an appeal for insufficiency of the surety, a motion in this Court to dismiss the appeal, accompanied by the judgment of the lower Court to that effect, will prevail in the absence of any indication that the ruling of the lower Court has, in the manner provided by law, been brought up for review.

Appeal from the Civil District Court.

Merrick, Lewis, Gensler & Schwarz, for plaintiff and appellee.

Theo Roehl, and H. P. Sneed, for defendant and appellant.

GODCHAUX, J.—Plaintiff and appellee accompanies its motion to dismiss this appeal, by a certified copy of a judgment of the lower Court declaring that surety upon the appeal bond insufficient and dismissing the appeal, said judgment having been rendered upon a rule to test the solvency of the surety filed below after the order of appeal had been granted  There is no indication nor suggestion that the judgment of the lower Court dismissing the appeal has been brought up for review in the manner provided by law, and consequently the motion to dismiss the appeal must prevail.

Forman vs. Fayard, 8 Court of Appeal, 490

The appeal is accordingly dismissed.